United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JAMES NELSON,                          No C-09-3964 VRW (PR)

12              Petitioner,

13          v                          ORDER REQUESTING SUPPLEMENTAL
                                       BRIEFING
14   BEN CURRY, Warden,

15              Respondent.

16   _____/

17

18          A recent en banc decision from the Ninth Circuit, Hayward

19   v Marshall, No 06-55392, 2010 WL 1664977 (9th Cir April 22, 2010)

20   (en banc), addressed important issues relating to federal habeas

21   review of BPH decisions denying parole to California state

22   prisoners.  As such, the court will provide each party an

23   opportunity to submit a supplemental brief (not to exceed ten (10)

24   pages in length) explaining his views of how the Hayward en banc

25   decision applies to the facts presented in petitioner's challenge to

26   BPH's decision denying him parole.

27   //

28   //

**United States District Court**
For the Northern District of California

The court sets the following schedule:

1.   No later than May 10, 2010, respondent must send to petitioner a copy of the Hayward en banc decision.

2.   No later than May 28, 2010, respondent must file and serve any supplemental brief applying Hayward to the facts presented in petitioner's case.

3.   No later than July 2, 2010, petitioner must file and serve any supplemental brief applying Hayward to the facts presented in his case.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.09\Nelson-09-3964-supplemental briefing-hayward.wpd

2