

**FILED**

APR 20 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NELSON, | No. C 09-3964-JW (PR) |
| Petitioner, | |
| vs. | JUDGMENT |
| BEN CURRY, Warden, | |
| Respondent. | |

For the reasons stated in the Order Denying the Petition for Writ of Habeas Corpus, Judgment is entered in favor of Respondent and against Petitioner. The Clerk shall close the file.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 20, 2011

JAMES WARE
United States District Chief Judge

C:\Documents and Settings\sanjose.GX755\Local Settings\Temp\notes8317B7\Nelson-09-3964-judgment.wpd